IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES ROANE                    :
                                 :
     v.                          :   CIVIL NO. CCB-98-3191
                                 :
WASHINGTON COUNTY HOSPITAL,      :
ET AL.                           :
                     ...oOo...

ORDER

This case having been administratively closed in order to permit the parties to appeal Judge Beachley's Order of March 13, 2000 to the Court of Special Appeals, it is hereby **ORDERED** that:

1. At the request of the Circuit Court for Washington County, the file may be **RETURNED** to that Court pending the conclusion of state proceedings; and

2. A copy of this Order shall be mailed to counsel of record and to the Clerk of the Circuit Court for Washington County.

July 24, 2000
_____                    _____
        Date                                Catherine C. Blake
                                            United States District Judge

FILED ____ ENTERED
LODGED ____ RECEIVED

JUL 25 2000

CLERK U.S. ...  .T
DISTRICT OF MARYLAND
BY                    DEPUTY

53