IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES H. ROANE          :
                          :
                          :
   v.                     :
                          : Civil No. CCB-98-3191
                          :
WASHINGTON COUNTY HOSPITAL, :
  et. al.                 :
                          :
                          :
                          :

### ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

(1) plaintiff's Motion to Reopen Administratively Closed Case is **DENIED**;

(2) copies of this Order shall be mailed to counsel of record; and

(3) the clerk of the court shall finally **CLOSE** this case.

_3/25/02_                         _____
Date                              Catherine C. Blake
                                  United States District Judge

